UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Greater Alliance Federal Credit Union<br>R.A. LEBRON, ESQ.<br>GAFU001, GAFU002<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>CHARLOTTE WHITFIELD and EDWIN WHITFIELD<br><br> Debtor(s). | Case No.: 22-14067 VFP<br><br>Chapter: 13<br><br>Judge: HONORABLE VINCENT F. PAPALIA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Greater Alliance Federal Credit Union</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
            Counsellors at Law
            7 Century Drive - Suite 201
            Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                Attorneys for Greater Alliance Federal
                                Credit Union

Dated: <u>June 9, 2022</u>          By:<u>/s/ R.A. Lebron, Esq.</u>
                                    R.A. LEBRON, ESQ.

Case No.: 22-14067 VFP